No. 1002. FIELD ET AL. *v.* POWELL ET AL. April 27, 1931. Appeal from the Supreme Court of Appeals of Virginia allowed, and Nellie Field Burwell, sole executrix, substituted as a party appellant in place of Samuel B. Field, deceased. *Mr. James E. Heath* for appellants. *Mr. Wm. M. Williams* for appellees.